**[TO BE PLACED ON CLASS COUNSEL'S LETTERHEAD]**

**Exhibit B**

Name
Address


_____, 2009 [Insert Date That The Attached Notice Is Mailed]

Re:   Notice of Class Action and Proposed Settlement

Dear _____:

As set forth in the attached Notice of Class Action and Proposed Settlement ("Notice"), the records of BLT Steak LLC and Ritz-Carlton Hotel Company LLC, d/b/a Ritz Carlton Westchester ("BLT") indicate that you were employed by Planet Hollywood as a [Captain, Bartender, Runner/Server, Barista. or Banquet Server], paid in an hourly basis, in New York City during the class period of January 1, 2007 through January 10, 2010.

In accordance with the preliminary calculations set forth in the attached Notice, you worked \_\_\_\_ weeks worked during the last class period.  Your individual settlement amount will ultimately be determined following the Fairness Hearing on this matter.  Please contact the below Class Counsel if you have any questions regarding the estimate.

Thank you for your attention to this matter.

Sincerely,


D. Maimon Kirschenbaum