UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
KEVIN KELLY, ALISON LOPEZ,     INDEX NO: 08-CV-8708-CS
MICHAEL SALAZAR, DENISE
AMIRANTE and PETER ZIEGERHOFER,
on behalf of themselves and other similarly
situated,

             Plaintiffs,

v.

BLT STEAK LLC and RITZ-CARLTON
HOTEL COMPANY LLC, D/BA RITZ
CARLTON WESTCHESTER

             Defendants.
-----------------------------------------------------------x

## NOTICE OF MOTION FOR CERTIFICATION OF A SETTLEMENT CLASS AND FINAL APPROVAL OF A CLASS ACTION SETTLEMENT

Please take notice that, upon the annexed memorandum of law and attachments thereto, Plaintiffs will move this court, before Judge Cathy Siebel, pursuant to Rule 23 of the Federal Rules of Civil Procedure, on April 23, 2010, at 11:30 a.m., for an Order (1) granting final approval of a class action settlement; (2) certifying the settlement class; (3) awarding Class Counsel's attorneys' fees and costs; (4) approving the incentive awards requested; and (5) granting such other relief as the Court deems just and proper.

                                                   Respectfully submitted,

Dated: New York, New York           JOSEPH, HERZFELD, HESTER &
        April 19, 2010                      KIRSCHENBAUM

                                           /s/ D. Maimon Kirschenbaum
                                           D. Maimon Kirschenbaum
                                           757 Third Avenue, 25th Floor
                                           New York, New York 10017
                                           Tel: 212-688-5640
                                           Fax: 212-688-2548
                                           *Attorneys for Settlement Class*

1